**Opinion issued July 15, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00475-CV

———————————

**CHAD E. MYERS, PHILLIP B. MEYER &
OILFIELD PRECISION PRODUCTS, INC.**
**Appellants,**

**v.**

**CORE INTERNATIONAL, LLC.,**

**Appellees**

On Appeal from the 113th District Court
Harris County, Texas
Trial Court Case No. 2014-22198

## MEMORANDUM OPINION

Appellants have filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Appellants included a certificate of conference in their motion stating appellees are unopposed. No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown